Gina M. Corena, Esq.  
Attorney Bar No. 10330  
MILES, BAUER, BERGSTROM & WINTERS, LLP  
2200 Paseo Verde Pkwy., Suite 250  
Henderson, NV  89052  
(702) 369-5960 / FAX (702) 369-4955  
File No. 10-92642  

E-filed on September 27, 2010

Attorneys for Secured Creditor  
BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP  

**UNITED STATES BANKRUPTCY COURT**  
**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re, | BK No.: BK-S-10-27358-LBR |
| ERIC FRANCISCO NICOLEYSON AKA ERIC NICOLEYSON AND LIDIA NICOLEYSON, | Chapter 7 |
| Debtor(s). | **REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Secured Creditor, BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP, requests that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be given to and served upon the undersigned at the following address and telephone number.

    Gina M. Corena, Esq.  
    MILES, BAUER, BERGSTROM & WINTERS, LLP  
    2200 Paseo Verde Pkwy., Suite 250  
    Henderson, NV  89052  
    PH (702) 369-5960  

                                      MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated:    September 27, 2010       By:    /s/ Gina M. Corena, Esq.  
                                               Gina M. Corena, Esq.  
                                               Attorney for Secured Creditor

1

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that on   September 27, 2010   , a copy of the **Request for Special Notice** was mailed to all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail, addressed as follows:

ATTORNEY FOR DEBTOR:
Steven L. Yarmy
1500 E. Tropicana Avenue Ste. 103
Las Vegas, NV  89119

CHAPTER 7 TRUSTEE:
James F. Lisowski, Sr.
P.O. Box 95695
Las Vegas, NV  89193

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

/s/ Stacey L. Werner
An Employee of Miles, Bauer, Bergstrom & Winters, LLP

**(10-92642/rfsnlv.dot/rw)**